| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MARYLAND |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   **Results Fitness, LLC**

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  
   **02-0691029**

4. **Debtor's address**

   **Principal place of business**  
   **1990 Cheneyville Rd**  
   **Owings, MD 20736-4355**  
   Number, Street, City, State & ZIP Code

   **Calvert**  
   County

   **Mailing address, if different from principal place of business**  
   _____  
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**  
   _____  
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**  
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

---

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 1

Debtor **Results Fitness, LLC**  
　　　Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **Results Fitness, LLC**     Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard?

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other

    **Where is the property?**
       Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.    Insurance agency
              Contact name
              Phone

---

    **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Results Fitness, LLC**  Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Results Fitness, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 1, 2021**
MM / DD / YYYY

X **/s/ John Carter**                                      **John Carter**
Signature of authorized representative of debtor            Printed name

Title  **Managing Member**

**18. Signature of attorney**

X **/s/ Thomas F. DeCaro, Jr.**                            Date **September 1, 2021**
Signature of attorney for debtor                            MM / DD / YYYY

**Thomas F. DeCaro, Jr. 08607**
Printed name

**DeCaro & Howell P.C.**
Firm name

**14406 Old Mill Road
Suite 201
Upper Marlboro, MD 20772**
Number, Street, City, State & ZIP Code

Contact phone  **301-464-1400**        Email address  **tffd@erols.com**

**08607 MD**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Results Fitness, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  1, 2021**          X **/s/ John Carter**
                                                  Signature of individual signing on behalf of debtor

                                                  **John Carter**
                                                  Printed name

                                                  **Managing Member**
                                                  Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Results Fitness, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ABC Financial** 8320 Arkansas Ave 107 Sherwood, AR 72120 | | money loaned | | | | $800,000.00 |
| **Centric Leasing** PO Box 41602 Philadelphia, PA 19101 | | leased property | | | | $8,000.00 |
| **Cintas** PO Box 630803 Cincinnati, OH 45236-0803 | | food products | | | | $3,260.79 |
| **CSC Leasing** 6806 Paragon Pl Suite 170 Richmond, VA 23230 | | leased property | | | | $180,000.00 |
| **Dunkirk Center LLC** 12606 Hill Creek La Potomac, MD 20854 | | property rental | | | | $180,000.00 |
| **Internal Revenue Service** Centalized Insolvency Unit PO Box 7346 Philadelphia, PA 19101 | | payroll tax (amount estimated) | | | | $2,000,000.00 |
| **Mar-Ber Development** PO Box 2063 Prince Frederick, MD 20678 | | property rental | | | | $479,365.00 |
| **SMECO** Po Box 7030002 Atlanta, GA 30374 | | utility services | | | | $17,500.00 |

Debtor **Results Fitness, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Washington Gas**<br>**6801 Indistrial Rd**<br>**Springfield, VA**<br>**22151** | | utility service | | | | $9,074.91 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Results Fitness, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centalized Insolvency Unit**<br>**PO Box 7346**<br>**Philadelphia, PA 19101**<br><br>Date or dates debt was incurred<br>**various**<br><br>Last 4 digits of account number **1029**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**payroll tax (amount estimated)**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | | $2,000,000.00 | $2,000,000.00 |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**ABC Financial**<br>**8320 Arkansas Ave 107**<br>**Sherwood, AR 72120**<br><br>Date(s) debt was incurred **various**<br>Last 4 digits of account number **8179** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **money loaned**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | | $800,000.00 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Centric Leasing**<br>**PO Box 41602**<br>**Philadelphia, PA 19101**<br><br>Date(s) debt was incurred **various**<br>Last 4 digits of account number **4202** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **leased property**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | | $8,000.00 |

Debtor  **Results Fitness, LLC**                                           Case number (if known) _____
        Name

| 3.3 | **Nonpriority creditor's name and mailing address**<br>Cintas<br>PO Box 630803<br>Cincinnati, OH 45236-0803<br><br>Date(s) debt was incurred **various**<br>Last 4 digits of account number **6845** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **food products**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $3,260.79 |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>CSC Leasing<br>6806 Paragon Pl<br>Suite 170<br>Richmond, VA 23230<br><br>Date(s) debt was incurred **various**<br>Last 4 digits of account number **none** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **leased property**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $180,000.00 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Dunkirk Center LLC<br>12606 Hill Creek La<br>Potomac, MD 20854<br><br>Date(s) debt was incurred **various**<br>Last 4 digits of account number **none** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **property rental**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $180,000.00 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Mar-Ber Development<br>PO Box 2063<br>Prince Frederick, MD 20678<br><br>Date(s) debt was incurred **various**<br>Last 4 digits of account number **none** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **property rental**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $479,365.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>SMECO<br>Po Box 7030002<br>Atlanta, GA 30374<br><br>Date(s) debt was incurred **VARIOUS**<br>Last 4 digits of account number **7128** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **utility services**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $17,500.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Washington Gas<br>6801 Indistrial Rd<br>Springfield, VA 22151<br><br>Date(s) debt was incurred **various**<br>Last 4 digits of account number **6845** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **utility service**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $9,074.91 |

**Part 3:  List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

|  | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **David S. Fegan**<br>**PO Box 2603**<br>**WV 26778** | Line **3.6**<br><br>☐ Not listed. Explain ____ | __ |

Official Form 206 E/F      Schedule E/F: Creditors Who Have Unsecured Claims      Page 2 of 3
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Results Fitness, LLC**
Name

Case number (if known)

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---:|
| 5a. Total claims from Part 1 | 5a. $ | 2,000,000.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,677,200.70 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 3,677,200.70 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Results Fitness, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **copiers/printers** | |
| | State the term remaining | | **Centric Leasing** |
| | List the contract number of any government contract | | **PO Box 41602** |
| | | | **Philadelphia, PA 19101** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **fitness equipment** | |
| | State the term remaining | | **CSC Leasing** |
| | List the contract number of any government contract | | **6806 Paragon PlaceA Suite 170** |
| | | | **Richmond, VA 23230** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **lease for fitness center at 1990 Cheneyville Rd., Owings MD** | |
| | State the term remaining | | **Dunkirk Center LLC** |
| | List the contract number of any government contract | | **12606 Hill Creek La.** |
| | | | **Potomac, MD 20854** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **lease for fitness center at 230 W. Dares Beach Rd., Prince Frederick, MD** | |
| | State the term remaining | | **Mar-Ber Development** |
| | List the contract number of any government contract | | **PO Box 2063** |
| | | | **Prince Frederick, MD 20678** |

| Debtor 1 | Results Fitness, LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **lease for 286 Town Square Dr., Lusby, MD** | |
|---|---|---|---|
| | State the term remaining | | **MJD LLC**<br>**236 Town Square Drive**<br>**Lusby, MD 20657** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: **Results Fitness, LLC**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street / City / State / Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.2 | | Street / City / State / Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | | Street / City / State / Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | | Street / City / State / Zip Code | | ☐ D ☐ E/F ☐ G |

# United States Bankruptcy Court
## District of Maryland

In re: **Results Fitness, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| John Parker<br>4260 Hidden Creek Rd<br>Port Republic, MD 20676 | | | 100% of LLC membership interest |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **September 1, 2021**

Signature **/s/ John Carter**
**John Carter**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maryland

In re  **Results Fitness, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **September 1, 2021**

**/s/ John Carter**  
**John Carter**/**Managing Member**  
Signer/Title

```
ABC  Financial
8320 Arkansas Ave 107
Sherwood, AR 72120



Centric Leasing
PO Box 41602
Philadelphia, PA 19101



Cintas
PO Box 630803
Cincinnati, OH 45236-0803



CSC Leasing
6806 Paragon PlaceA
Suite 170
Richmond, VA 23230



David S. Fegan
PO Box 2603
WV 26778



Dunkirk Center LLC
12606 Hill Creek La.
Potomac, MD 20854



Internal Revenue Service
Centalized Insolvency Unit
PO Box  7346
Philadelphia, PA 19101



Mar-Ber Development
PO Box 2063
Prince Frederick, MD 20678



MJD LLC
236 Town Square Drive
Lusby, MD 20657
```

```
SMECO
Po Box 7030002
Atlanta, GA 30374


Washington Gas
6801 Indistrial Rd
Springfield, VA 22151
```

# United States Bankruptcy Court
## District of Maryland

In re: __Results Fitness, LLC__
Debtor(s)

Case No.
Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Results Fitness, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**John Parker**
**4260 Hidden Creek Rd**
**Port Republic, MD 20676**

☐ None [*Check if applicable*]

**September 1, 2021**
Date

/s/ Thomas F. DeCaro, Jr.
**Thomas F. DeCaro, Jr. 08607**
Signature of Attorney or Litigant
Counsel for __Results Fitness, LLC__
**DeCaro & Howell P.C.**
**14406 Old Mill Road**
**Suite 201**
**Upper Marlboro, MD 20772**
**301-464-1400 Fax:301-464-4776**
**tffd@erols.com**